## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 30, 2006*

[Cite as *05/30/2006 Case Announcements,* 2006-Ohio-2628.]

### MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–0652.   **Meijer Stores Ltd. Partnership v. Defiance Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–2035.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 31, 2006*

[Cite as *05/31/2006 Case Announcements,* 2006-Ohio-2624.]

### MISCELLANEOUS ORDERS

2006–0357.   **Cleveland Bar Assn. v. Woods.**
On Objections to Order of the Board on the Unauthorized Practice of Law. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 1, 2006*

[Cite as *06/01/2006 Case Announcements,* 2006-Ohio-2702.]

### MOTION AND PROCEDURAL RULINGS

2006–0878.   **State ex rel. Evans v. Blackwell.**
Franklin App. No. 06AP–6, 2006-Ohio-2076. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's amended motion for immediate expedited consideration,
   IT IS ORDERED by the court that the motion is denied.
   MOYER, C.J., would grant the amended motion for immediate expedited consideration and issue an order accelerating the record transmission and briefing schedule.
   RESNICK and O'DONNELL, JJ., not participating.

2006–0934.   **Poss v. Morris.**
Ashtabula App. No. 2004–A–0093, 2006-Ohio-1441. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of lower court's decision and imposition of sentence,
   IT IS ORDERED by the court that the motion is denied.